**IT IS ORDERED as set forth below:**



**Date: February 5, 2021**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **CURTIS PARKER**, | : | CASE NO. **17-58727**-WLH |
| | : | |
| Debtor. | : | |
| __ __ __ __ __ __ __ __ __ __ __ | : | __ __ __ __ __ __ __ __ __ __ __ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| CURTIS PARKER, Debtor; and KYLE A. COOPER, Trustee, | : : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |

**ORDER**

This matter came on for hearing February 4, 2021, on the *Motion for Relief from Automatic Stay*(the "Motion") filed January 15, 2021, by Capital One Auto Finance, a division

of Capital One, N.A. (the "Movant")(Doc. No. 93).  Movant claims a security interest in Debtor's 2014 Nissan Versa Sedan 4D SV I4, VIN: 3N1CN7AP7EL836372 (the "Collateral"). Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion. Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO & WILLIAMS, P.C.
Attorneys for Movant


By: _____/s/_____
    Craig B. Lefkoff
    Ga. State Bar No. 445045

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

## DISTRIBUTION LIST

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Curtis Parker
875 Brand South Trail
Lawrenceville, GA 30046

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Kyle A. Cooper
Chapter 7 Trustee
Greene & Cooper
120 Travertine Trail
Alpharetta, GA 30022